UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40548
Summary Calendar
_____

REGINALD R. GOSS,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION;
ATTORNEY GENERAL, STATE OF TEXAS,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-95-CV-556)
_____

February 24, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Reginald R. Goss, Texas prisoner #684326, appeals the
district court's dismissal of the 28 U.S.C. § 2254 petition for
failure to exhaust his state remedies.  Goss is now required to
obtain a certificate of appealability (COA) in order to appeal the
district court's order.  We will not issue a COA, however, as Goss
has not made a substantial showing of the denial of a

_____

   [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

constitutional right. See 28 U.S.C. § 2253(c)(2); see also Drinkard v. Johnson, 97 F.3d 751, 756 (5th Cir. 1996). In the alternative, if the district court was authorized to issue COA, we conclude that because the state record indicates that Goss failed to present his claim that the prosecution withheld exculpatory evidence to the Texas Court of Criminal Appeals, the district court did not err in dismissing Goss' § 2254 petition for failure to exhaust his state remedies. See Dispensa v. Lynaugh. 847 F.2d 211, 217-18 (5th Cir. 1988).

For the foregoing reasons, COA is DENIED; and the judgment is AFFIRMED.